GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLORIA ALLEN, | CASE NO.: C05 00086 MJJ |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| NORTHWEST AIRLINES, INC. and DOES 1 through 5, inclusive, | Hon. Martin J. Jenkins |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff GLORIA ALLEN ("plaintiff") and Defendant NORTHWEST AIRLINES, INC. ("NORTHWEST") through their counsel of record, and requested on the grounds that these parties have entered into a settlement of this matter that plaintiff GLORIA ALLEN's complaint against NORTHWEST be dismissed with prejudice.

This dismissal disposes of this entire action. This dismissal supersedes the court's conditional dismissal without prejudice issued August 10, 2005.

\ \ \

\ \ \

\ \ \

\ \ \

1
**STIPULATED DISMISSAL (Case No.: C05 00086 MJJ)**

| | |
|---|---|
| 1 | Each party will bear its own attorney's fees and costs in this action. |

Dated: September 13, 2005      **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/S/_____
    PAUL B. ARENAS
    Attorneys for Plaintiff
     NORTHWEST AIRLINES, INC.

Dated: September 13, 2005      **HINSHAW & CULBERTSON LLP**

By: _____/S/_____
    RONALD MALLEN
    Attorneys for Plaintiff
    GLORIA ALLEN

**ORDER**

IT IS SO ORDERED.

DATED: __September 14__, 2005   By: ___/s/ Martin J. Jenkins_____
    HON. MARTIN J. JENKINS
    UNITED STATESS DISTRICT COURT JUDGE